# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 14 AM 11:44
CLERK_____
SO. DIST. OF GA.

United States of America
v.
Julian Kenneth Hardin

)
)  Case No: 1:11CR00365-1
)
)  USM No: 17265-021
)
)  M. Travis Saul
)  *Defendant's Attorney*

Date of Original Judgment: December 6, 2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __December 6, 2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/14/2015

Judge's signature

J. Randal Hall
United States District Judge

Effective Date: November 1, 2015
*(if different from order date)*       *Printed name and title*